AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOAQUIN MIGUEL SAINT-HILAIRE,

Petitioner,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV322-71

v.

WARDEN STACEY N. STONE,

Respondent,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated October 19, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. The Respondent's Motion to Dismiss is granted and Petitioners 28 U.S.C. § 2241 petition is dismissed without prejudice. This action stands closed.



October 19, 2022
*Date*

John E. Triplett, Clerk of Court
*Clerk*

(By) Deputy Clerk

GAS Rev 10/2020